UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK DAVID WOOD,

        Petitioner,                      Case No. 2:09-CV-26

v.                                          HON. GORDON J. QUIST

TERRI SMITH,

        Respondent.
        _____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on July 8, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).[1]

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 8, 2011, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Petitioner's habeas corpus petition is **DISMISSED WITH PREJUDICE**.

This case is **concluded**.


Dated: August 23, 2011                                  /s/ Gordon J. Quist
                                                              GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE

---

[1] The docket report in this case shows that the copy of the Report and Recommendation mailed to Petitioner was returned to the Clerk's office marked "Return to Sender." It appears that Petitioner has been paroled. A petitioner has a continuing obligation to keep the court informed of his current address. *See Prea v. Battaista*, No. 91 Civ. 1171 (TPG), 1993 WL 97423 (S.D.N.Y. Mar. 30, 1993). Petitioner failed to comply with this obligation.